# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV09-1055-DOC (ANx)                                            Date   June 14, 2010

Title   ELHAM GHOTBI -V- CMRE FINANCIAL SERVICES INC.

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Stephanie Mikhail | Jane Sutton-Rule | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                         Attorneys Present for Defendants:

Todd Friedman                                                    Franklin Love

Proceedings:   SCHEDULING CONFERENCE

The matter is called.  Counsel state their appearances.  The Court conducts the Scheduling Conference. The Court sets the following case management dates:

| | | |
|---|---|---|
| Discovery Cut Off | - | <u>11-29-2010</u> |
| Motion Cut Off | - | <u>01-10-2011</u> at 8:30 a.m. |
| Final Pre Trial Conference | - | <u>02-07-2011</u> at 8:30 a.m. |
| Jury Trial | - | <u>03-08-2011</u> at 8:30 a.m. (4 days) |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15.4 is the Magistrate Judge.  Counsel are directed to contact the Magistrate Judge Deputy Courtroom Clerk to obtain a settlement conference date.

Pretrial Scheduling Order signed and filed this date.  Any unserved Does/Roes are dismissed at this time.

                                                                                         :   10

                                                      Initials of Preparer   sdm