# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# JS-6

| | |
|---|---|
| **ELHAM GHOTBI,** | ) Case No. 8:09-cv-01055-DOC-AN |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **CMRE FINANCIAL SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this _1st_ day of February, 2011.

_____
The Honorable David O. Carter